IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31396
Summary Calendar
_____


MACK FORD, ETC; ET AL

                                        Plaintiffs,

MACK FORD, Reverend, THELMA FORD;
NEW BETHANY HOME FOR GIRLS; NEW
BETHANY BAPTIST CHURCH; NEW BETHANY
SCHOOL; NEW BETHANY HOME FOR BOYS;
NEW BETHANY BAPTIST SCHOOL,

                                        Plaintiffs-Appellants,

versus

STATE OF LOUISIANA, ETC.; ET AL,

                                        Defendants,


STATE OF LOUISIANA, on behalf of
Louisiana Department of Social
Services, on behalf of Louisiana
State Fire Marshal; JAMES MYERS,
Fire Inspector, individually & in
his official capacity; MICHAEL
CAMMAROSANO, Fire Inspector,
individually & in his official
capacity; VICKY HAYNES, social
worker, individually & in her
official capacity; DENISE FAIR,
social worker, individually & in her
official capacity; V.J. BELLA, State
Fire Marshal, individually & in his
official capacity; MADLYN BAGNERIS,
Secretary of Louisiana Department of
Social Services, individually & in
her official capacity,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-2065
--------------------

September 23, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The plaintiffs appeal from a grant of summary judgment to the defendants in this 42 U.S.C. § 1983 case.  The appellants contend that the appellees acted out of retaliatory motives when the appellees investigated alleged child safety and fire safety violations at the New Bethany Home.  However, the appellants have failed to produce evidence from which a reasonable jury could conclude that the appellees so acted.  See Bodenheimer v. PPG Indus., 5 F.3d 955, 956 (5th Cir. 1993).  The district court thus did not err in granting summary judgment to the appellees.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.